LENA E. GOODFRIEND, Respondent, v. LEONARD M. GOODFRIEND, Appellant.— Orders unanimously modified by reducing counsel fee to $350 and alimony to forty-five dollars, without prejudice to an application on behalf of the plaintiff for an increase of alimony in the event that the defendant fails to renew the lease of the apartment now occupied by the plaintiff after September 30, 1940, or make other similar and suitable provisions for living quarters for the plaintiff, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

WILHELM KAROL, Respondent, v. UNIVERSAL PICTURES COMPANY, INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

MORRIS ROTHENBERG, Appellant, v. FRED P. WEISSMAN, INC., Respondent.— Order unanimously modified so as to grant the examination as to items 1, 2, 3, 4 and 6 of the notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. Upon the examination, the defendant will produce its books and papers pursuant to section 296 of the Civil Practice Act. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

ELIZABETH KLEBER, Respondent, v. DANIEL REEVES, INC., Respondent, and THE BORDEN COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

FERNANDA LA BOZZETTA, Appellant, v. ANTHONY LA BOZZETTA, Respondent.— Order, so far as appealed from, unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of BARBARA M. STEHLE, Also Known as BARBARA M. HANDEL, Petitioner, Appellant, for an Order under Article 78 of the Civil Practice Act, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of Supplementary Proceedings: ELVIRA APARTMENTS, INC., Judgment Creditor, Respondent, v. BLANCHE A. KIDD, Judgment Debtor. THE BOWERY SAVINGS BANK, Third Party, Appellant.— Order unanimously modified to the extent of providing that, as a condition to any liability on the part of the third party-appellant to pay any sum, the pass book for the account be presented or a bond for double the amount involved, as authorized by the rules and regulations to which the account is subject, be furnished by the judgment creditor, respondent, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

PHILIP ZWICKER, Appellant, v. DAVID ULLMAN, BEN ULLMAN and RICHARD ULLMAN, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.